NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


OSCAR SUAREZ-AYALA, DOC #940052, )
                                  )
            Appellant,            )
                                  )
v.                                )      Case No. 2D17-4177
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____    )

Opinion filed November 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Oscar Suarez-Ayala, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Lisa Martin, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.